Pro Se General Complaint for a Civil Case (Rev.10/16)

# United States District Court
## NORTHERN DISTRICT OF ALABAMA

Massoud Mortazavi )
*Plaintiff* )
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)* )
)
)
)
-v- )  Case No. _____
)  (to be filled in by the Clerk's Office)
)
)  JURY TRIAL  ☒ Yes  ☐ No
)
)
)  2:17-cv-00559-SGC
)
Samford University )
*Defendant(s)* " See attached " )
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)* )
)
)
)

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff**
      Name: Massoud Mortazavi
      Street Address: 1340 18th Avenue South A-3
      City and County: Birmingham, Jefferson
      State and Zip Code: Alabama 35205
      Telephone Number: (205) 572-9730

   B. **The Defendant(s)**
      " See attached "
      Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 1
  Name                "See attached"
  Job or Title
  Street Address
  City and County
  State and Zip Code

Defendant No. 2
  Name                "See attached"
  Job or Title
  Street Address
  City and County
  State and Zip Code

Defendant No. 3
  Name                "See attached"
  Job or Title
  Street Address
  City and County
  State and Zip Code

Defendant No. 4
  Name                "See attached"
  Job or Title
  Street Address
  City and County
  State and Zip Code

Defendant No. 5
  Name                "See attached"
  Job or Title
  Street Address
  City and County
  State and Zip Code

b. If the defendant is a corporation
The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy – the amount the plaintiff claims the defendant owes or the amount at state – is more than $75,000, not counting interest and costs of court, because *(explain)*

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

"See attached"

## IV. Relief

State Briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

"See attached"

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name: Massoud  Last Name: Mortazavi
Mailing Address: 1340 18th Avenue South A-3
City and State: Birmingham, AL   Zip Code: 35205
Telephone Number: (205) 572-9730
E-mail Address: Massoud.Mortazavi@yahoo.com

Signature of plaintiff: Massoud Mortazavi
Date signed: 4-7-2017

## **OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the Court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:
- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov.
- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing if there is a change in your designated e-mail address. Failure to update your email address does <u>not</u> excuse failures to appear or timely respond.**

Pro Se General Complaint for a Civil Case (Rev. 10/16)

E-mail type:

☐ HTML – Recommended for most e-mail clients
☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the Court will test and verify receipt, you will be allowed to receive electronic notifications.

Submitting this request the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Federal Rule of Civil Procedure 5 (b)(2), except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing: _____

Participant signature: _____

Date: _____

Pro Se General Complaint for a Civil Case (Rev. 10/16)

# United States District Court

NORTHERN DISTRICT OF ALABAMA

<u>Massoud Mortazavi</u> )
Plaintiff )
 )  Case No._____
 )
 v. )
 )
 )  JURY TRIAL DEMANDED
<u>Samford University</u> )
Defendants "see attached"

## COMPLAINT FOR A CIVIL CASE

### The Parties to This Complaint

A. **The Plaintiff**
   Name:                Massoud Mortazavi
   Street Address       1340 18th Avenue South A-3
   City and County      Birmingham, Jefferson county
   State and Zip Code   Alabama       35205
   Telephone Number     (205) 572-9730
   Plaintiff in Pro Per

B. **The Defendants**

   Defendant No. 1
      Name                Andrew Westmoreland
      Job or Title        President, Samford University
      Street Address      800 Lakeshore Drive
      City and County     Birmingham, Jefferson County
      State and Zip Code  Alabama     35229

Pro Se General Complaint for a Civil Case [Rev. 10/16]

Defendant No. 2
    Name    Wayne Pittman
    Job or Title    Chief of Campus Police, Samford University
    Street Address    800 Lakeshore Drive
    City and County    Birmingham, Jefferson County
    State and Zip Code    Alabama    35229

Defendant No. 3
    Name    John Doe 1
    Job or Title    Unknown
    Street Address    800 Lakeshore Drive
    City and County    Birmingham, Jefferson county
    State and Zip code    Alabama    35229

Defendant No. 4
    Name    John Doe 2
    Job or Title    Unknown
    Street Address    800 Lakeshore Drive
    City and County    Birmingham, Jefferson county
    States and Zip Code    Alabama    35229

Defendant No. 5
    Name    John Doe 3
    Job or Title    unknown
    Street Address    800 Lakeshore Drive
    City and County    Birmingham, Jefferson County
    State and Zip Code    Alabama    35229

Pro Se General Complaint for a Civil Case [Rev. 10/16]

### Statement of Claim

1. On approximately April 8, 2016, at 11 a.m., while Plaintiff Massoud Mortazavi was practicing the piano in the practice room of the music department of Samford University, in the city of Birmingham, Alabama, Jefferson County, Defendant John Doe 1 kicked the door to the practice room open and burst into the room and without identifying himself began screaming and shouting threateningly at the top of his voice intending to frighten, intimidate, terrorize, coerce Plaintiff, and ordering Plaintiff to stand up and walk out of the room, and ordering Plaintiff to keep his hands stretched out in front of him while doing so, and furthermore kept plaintiff in custody and detention for approximately 30 minutes while lecturing Plaintiff about terrorism and terrorists, defaming Plaintiff and causing him personal humiliation by such speech, and even though plaintiff was peaceful and did not resist the seizure of his person, Defendant continued his excessively

abusive behavior towards and detention of plaintiff and not allowing plaintiff to say anything or to ask any question,- for instance, about the identity of the officer and his rank and his position;

2. furthermore, Plaintiff, given the excessively abusive and menacing and bizarre nature of his being detained, and not being allowed to speak or ask any question while being detained on the 4th floor of the Music Department, alleges Defendant ensnared him In a premeditated conspiracy whose nature eludes Plaintiff but was intended to terrorize and frighten Plaintiff for reasons unknown to Plaintiff; that furthermore Defendant appeared to be a low ranking officer and had to have been authorized and abetted by and was in some secret understanding and collusion with Defendant Andrew Westmoreland and Defendant Wayne Pittman who as the president of Samford University and the Chief of campus police constitute the highest authorities on the campus of Samford University, and with other unidentified Defendants John Doe 2 and John Doe 3 besides;

3. As a result of Defendant John Doe 1's excessive and unreasonable use of

Pro Se General Complaint for a Civil Case (Rev. 10/16)

> force, Plaintiff was deeply traumatized and suffered terrible emotional pain and extreme mental anguish in addition to impairment of reputation and personal humiliation;
>
> Wherefore, Plaintiff prays for judgment against the Defendants in the sum Of $10,000,000 plus costs and interest.

## Certification and Closing

Under Federal Rule of Civil procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

Pro Se General Complaint for a Civil Case (Rev. 10/16)

First Name <u>Massoud</u>   Last Name <u>Mortazavi</u>
Mailing Address  <u>1340 18th Avenue South A-3</u>
City and State  <u>Birmingham, Alabama</u>
Telephone Number <u>(205) 572-9730</u>
Email Address <u>massoud.mortazavi@yahoo.com</u>

Signature of Plaintiff  *Massoud Mortazavi*
Date Signed   4-7-2017